NUMBER 13-04-074-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JESUS A. BAZAN, ET AL.,                                               Appellants,

v.

AMERICAN INSURANCE ASSOCIATION, INC., Appellee.
___________________________________________________________________

On appeal from the 319th District Court of Nueces County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam

         Appellants, JESUS A. BAZAN, ET AL., attempted to perfect an appeal from an
order entered by the 319th District Court of Nueces County, Texas, in cause number
03-7665-G. The order in this cause was signed on October 28, 2003. An untimely
motion for new trial was filed on December 12, 2003. Pursuant to Tex. R. App. P.
26.1, appellant’s notice of appeal was due on December 1, 2003, but was not filed
until February 10, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. An untimely motion to extend time to file notice of appeal was received
on February 13, 2004. Appellants’ response to this Court’s notice was received on
March 23, 2004.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, appellants’ untimely motion to extend
time to file notice of appeal, and appellants’ response to this Court’s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. Appellants’
untimely motion to extend time to file notice of appeal and the appeal are hereby
DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Opinion delivered and filed this
the 20th day of May, 2004.